IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| DAMEYON A. NEWTON, #11568-078 | § | |
| VS. | § | CIVIL ACTION NO. 4:11cv768<br>CRIM. ACTION NO. 4:04cr152(1) |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Amos L. Mazzant. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the petition is **DENIED** and the case is **DISMISSED** with prejudice. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

It is SO ORDERED.

SIGNED this 3rd day of January, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE